PETITION OF RICHARD C. PEPPERLING.

No. 13289.
Decided Feb. 27, 1976.
546 P.2d 252.

ORDER

PER CURIAM:

Richard C. Pepperling, an indigent inmate of the Montana State Prison at Deer Lodge, Montana, seeks from this Court post-conviction relief regarding his conviction for the crime of first degree burglary.

Petitioner first alleges that the facts established at his trial were insufficient to prove his participation in the crime charged. This precise issue received in depth consideration in *State v. Pepperling*, 166 Mont. 293, 533 P.2d 283. Petitioner has failed to demonstrate any compelling reason to modify the rule of this Court as announced in that case.

Three other arguments are raised which are unsupported by the applicable caselaw, and totally without merit. The relief sought is accordingly denied.

STATE OF MONTANA EX REL. DAVID R. BLACKERBY, RELATOR, v. THE DISTRICT COURT OF THE THIRD JUDICIAL DISTRICT, OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF POWELL AND THE HONORABLE ROBERT J. BOYD, AS PRESIDING JUDGE THEREOF, RESPONDENTS.

No. 13308.
Decided March 17, 1976.
546 P.2d 988.

ORDER

PER CURIAM:

IT IS ORDERED the application for a writ of supervisory control in the above entitled matter is denied.